UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

VICTOR ANDREWS,

    Plaintiff,

-against-

5 WEST DIVISION CORP.,

    Defendant.

---

Case No.: 19-cv-04672

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, VICTOR ANDREWS, are hereby dismissed without prejudice, in their entirety, as against Defendant, 5 WEST DIVISION CORP., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 8, 2019
       Chicago, Illinois

                        C.K. Lee, Esq.
                        Lee Litigation Group, PLLC
                        73 West Monroe Street
                        Chicago, IL 60603
                        Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

    I, C.K. Lee, hereby certify that on October 8, 2019, a true and correct copy of this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by first-class mail to all nonregistered participants, if any.

5 West Division Corp.<br>
c/o Pedro Cervantes<br>
30 West Monroe Street<br>
Suite 630<br>
Chicago, IL 60603

/s/ C.K. Lee
C.K. Lee, Esq.