# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Victor Andrews

                          Plaintiff,

v.                                                   Case No.: 1:19−cv−04672
                                                          Honorable Steven C. Seeger

5 West Division Corp

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 4, 2019:

      MINUTE entry before the Honorable Steven C. Seeger: Pursuant to the notice of voluntary dismissal (Dckt. No. [4]), this case is dismissed without prejudice. Civil case terminated. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.